ORIGINAL

FILED
AUG 2 0 2007
U.S. COURT OF FEDERAL CLAIMS

UNITED STATES COURT OF FEDERAL CLAIMS

NORTHROP GRUMMAN COMPUTING SYSTEMS, INC., )
Plaintiff, )
v. ) CASE NO. 07-613 C
THE UNITED STATES OF AMERICA, )
Defendant. )

**PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT PURSUANT TO RULE 7.1**

The plaintiff Northrop Grumman Computing Systems, Inc. submits the following corporate disclosure as required by Rule 7.1.

Northrop Grumman Computing Systems, Inc. is a non-public, wholly owned subsidiary of Northrop Grumman Information Technology, Inc., which itself is a non-public, wholly owned subsidiary of Northrop Grumman Systems Corp., which itself is a non-public, wholly owned subsidiary of Northrop Grumman Corporation, the publicly traded parent corporation.

NORTHROP GRUMMAN COMPUTING SYSTEMS, INC.,

By its attorneys,

Looney, Cohen, Reagan & Aisenberg LLP
David C. Aisenberg
33 Broad Street
Boston, MA 02109
(617) 371-1050
F(617) 371-1051

Dated: August 17, 2007