IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| NORTHROP GRUMMAN COMPUTING SYSTEMS, INC., | ) | |
| Plaintiff, | ) | No. 07-613C (Judge Allegra) |
| v. | ) | |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

DEFENDANT'S FIRST MOTION FOR AN ENLARGEMENT OF TIME

Defendant respectfully requests an enlargement of time of 60 days, to and including December 18, 2007, within which to file its response to plaintiff's complaint. Defendant's response is now due to be filed on October 19, 2007. This is defendant's first request for an enlargement of time for this purpose. Plaintiff's counsel does not oppose a 30-day enlargement but opposes our request for 60 days.

Defendant has sent to the U.S. Department of Homeland Security, Immigration and Custom Enforcement ("ICE"), a copy of the complaint, along with a request for a litigation report and suggested response to the complaint, pursuant to 28 U.S.C. § 520.[1] Agency counsel has asked for additional time to gather and review any information necessary for preparation of ICE's litigation report and suggested response to the complaint because that office has been

[1] Section 520 provides that, "[i]n suits against the United States in the United States Court of Federal Claims . . . founded on a contract, agreement, or transaction with an executive department . . . the Attorney General shall send to the department . . . a printed copy of the petition filed by the claimant, with a request that the department . . . furnish to the Attorney General all facts, circumstances, and evidence concerning the claim in the possession or knowledge of the department," and that, "[w]ithin a reasonable time after receipt of the request of the Attorney General, the executive department . . . shall furnish the Attorney General with a written statement of all facts, information, and proofs." 28 U.S.C. § 520.

undergoing tremendous activity in preparation for closing the Government's fiscal year on September 30, 2007. Additionally, the contracting officer has changed offices so the agency has not been able to obtain the necessary documents to prepare its report. Counsel for ICE informed defendant's counsel that she will deliver the litigation report to the Department of Justice by the end of October. Once the litigation report is received, defendant's counsel will need sufficient time to review the litigation report and suggested response to the complaint, obtain any additional information or clarification from ICE, and prepare and file the Government's response to the complaint.

Government counsel is also scheduled to conduct trial in Portland, Oregon, during the first half of November in the case of The Dalles Irrigation Dist. v. United States, No. 05-1042 (Fed. Cl.), and will not be able to adequately prepare the Government's answer until after the trial.

For these reasons, defendant respectfully requests that the Court grant its first motion for a 60-day enlargement of time within which to file its response to plaintiff's complaint.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

/s Kirk T. Manhardt
KIRK T. MANHARDT
Assistant Director

/s Armando A. Rodriguez-Feo
ARMANDO A. RODRIGUEZ-FEO
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L St., NW
Washington, D.C. 20530
Tele: (202) 307-3390
Fax: (202) 514-8624

September 28, 2007

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on this 28th day of September, 2007, a copy of the foregoing "DEFENDANT'S MOTION FOR AN ENLARGEMENT OF TIME" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. The parties may access this filing through the Court's system.

s/ Armando A. Rodriguez-Feo