# In The United States Court of Federal Claims

No. 07-613C

(Filed: October 1, 2007)

NORTHROP GRUMMAN COMPUTING SYSTEMS, INC.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

**ORDER**

On September 28, 2007, defendant filed an opposed motion for an enlargement of time of 60 days, to and including December, 18, 2007. Defendant's motion is hereby **GRANTED.** On or before December 18, 2007, defendant shall file its response. **No further enlargement of this deadline will be granted.**

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge