IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| NORTHROP GRUMMAN COMPUTING SYSTEMS, INC., | ) | |
| Plaintiff, | ) | No. 07-613C (Judge Allegra) |
| v. | ) | |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

DEFENDANT'S ANSWER

For its answer to the complaint, defendant, the United States, admits, denies, and alleges as follows:

1. The allegation contained in paragraph 1 constitutes plaintiff's characterization of the case, to which no answer is required.

2. Admits the allegations contained in paragraph 2 to the extent supported by the Act and contract cited, which are the best evidence of their contents; otherwise denies the allegations contained in paragraph 2.

3. The allegation contained in the first sentence of paragraph 3 constitutes plaintiff's characterization of the case, to which no answer is required; to the extent it is deemed an allegation of fact, it is denied. Admits the allegation contained in the second sentence of paragraph 3 to the extent supported by the attachments cited, which are the best evidence of their contents; otherwise denies the allegation contained in the second sentence of paragraph 3.

4. The allegation contained in paragraph 4 constitutes a conclusion of law to which no answer is required; to the extent it may be deemed an allegation of fact, it is denied.

5. Admits the allegation contained in the first sentence of paragraph 5 to the extent

supported by the attachment cited, which is the best evidence of its contents; otherwise, denies the allegation contained in the first sentence of paragraph 5. Admits the allegation contained in the second sentence of paragraph 5.

6. Admits.

7. Denies the allegation contained in paragraph 7 for lack of knowledge or information sufficient to form a belief as to its truth; avers that the contractor's address is listed as 7501 Greenway Center Drive, Suite 100, Greenbelt, Maryland 20770, on several contract documents.

8. Admits.

9. Admits.

10. Admits.

11. Denies the allegation contained in the first sentence of paragraph 11 for lack of knowledge or information sufficient to form a belief as to its truth; avers that the document is undated. Admits the allegation contained in the second sentence of paragraph 11 to the extent supported by the Essential Use Statement cited, which is the best evidence of its contents; otherwise denies the allegation contained in the second sentence of paragraph 11. The allegation contained in the third sentence of paragraph 11 constitutes a conclusion of law to which no answer is required; to the extent it may be deemed an allegation of fact, it is denied.

12. Admits the allegations contained in paragraph 12 to the extent supported by the Essential Use Statement cited, which is the best evidence of its contents; otherwise denies the allegations contained in paragraph 12.

13. Admits the allegation contained in the first sentence of paragraph 13. Admits the allegations contained in the second and third sentences of paragraph 13, to the extent supported

by the contract modification cited, which is the best evidence of its contents; otherwise denies the allegations contained in the second and third sentences of paragraph 13.

14. Admits the allegations contained in paragraph 14 to the extent supported by the leasing terms cited, which are the best evidence of their contents; otherwise denies the allegations contained in paragraph 14.

15. Admits the allegation contained in the first sentence of paragraph 15. Admits the allegations contained in the second sentence of paragraph 15, to the extent supported by the contract modification cited, which is the best evidence of its contents; otherwise denies the allegations contained in the second sentence of paragraph 15.

16. Admits.

17. Admits the allegation contained in the first sentence of paragraph 17. Admits the allegations contained in the second and third sentences of paragraph 17, to the extent supported by the contract modification cited, which is the best evidence of its contents; otherwise denies the allegations contained in the second and third sentences of paragraph 17.

18. Admits the allegation contained in the first sentence of paragraph 18. Admits the allegations contained in the second sentence of paragraph 18, to the extent supported by the contract modification cited, which is the best evidence of its contents; otherwise denies the allegations contained in the second sentence of paragraph 18.

19. Admits the allegations contained in paragraph 19 to the extent supported by the quoted e-mail, which is the best evidence of its contents; otherwise denies the allegations contained in paragraph 19.

20. Admits the allegations contained in paragraph 20 to the extent supported by the

quoted letter, which is the best evidence of its contents; otherwise denies the allegations contained in paragraph 20.

21. Admits the allegations contained in paragraph 21 to the extent supported by the quoted letter, which is the best evidence of its contents; otherwise denies the allegations contained in paragraph 21.

22. Admits the allegations contained in the first sentence of paragraph 22 to the extent supported by the quoted letter, which is the best evidence of its contents; otherwise denies the allegations contained in paragraph 22. The allegation contained in the second sentence of paragraph 22 is plaintiff's characterization of the evidence, to which no answer is required; to the extent it may be deemed an allegation of fact, it is denied.

23. Denies.

24. Denies.

25. Denies.

26. Denies.

27. Denies.

28. Admits; avers that plaintiff is not entitled any additional payment under the contract.

29. Admits the allegations contained in paragraph 29 to the extent supported by the quoted letter, which is the best evidence of its contents; otherwise denies the allegations contained in paragraph 29.

30. Admits.

31. Defendant's responses to paragraphs 1 through 30 of the complaint are incorporated by reference.

32. The allegation contained in paragraph 32 constitutes a conclusion of law, to which no answer is required; to the extent it may be deemed an allegation of fact, it is denied.

33. Denies that plaintiff is entitled to the relief set forth in paragraph 33 and in the paragraph immediately following paragraph 33, or to any relief whatsoever.

34. Denies each and every allegation not previously admitted or otherwise qualified.

WHEREFORE, defendant requests that the Court enter judgment in its favor, order that the complaint be dismissed, and grant defendant such other and further relief as the Court may deem just and proper.

Respectfully submitted,

JEFFREY S. BUCKHOLZ
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

/s Kirk T. Manhardt
KIRK T. MANHARDT
Assistant Director

/s Armando A. Rodriguez-Feo
ARMANDO A. RODRIGUEZ-FEO
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L St., NW
Washington, D.C. 20530
Tel: (202) 307-3390
Fax: (202) 514-8624

Of Counsel:
Scarlett D. Grose
Associate Legal Advisor
Office of the Principal Legal Advisor
U.S. Immigration and Customs Enforcement
425 I Street, N.W., Suite 6100
Washington, DC 20536
Tel: (202) 514-8315
Fax: (202) 514-0455

December 17, 2007 Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on this 17th day of December, 2007, a copy of the foregoing "DEFENDANT'S ANSWER" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. The parties may access this filing through the Court's system.

s/ Armando A. Rodriguez-Feo