# In The United States Court of Federal Claims

No. 07-613C

(Filed: February 8, 2008)

NORTHROP GRUMMAN COMPUTING SYSTEMS, INC.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

**ORDER**

A telephonic preliminary status conference will be held in this case on Thursday, February 21, 2008, at 10:00 a.m. (EST). Chambers will contact the parties shortly before the scheduled conference time.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge