# In The United States Court of Federal Claims

No. 07-613C

(Filed: February 21, 2008)

NORTHROP GRUMMAN COMPUTING SYSTEMS, INC.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

**ORDER**

On February 21, 2008, a telephonic status conference was held in this case. Participating in the conference were David C. Aisenberg, for plaintiff, and Armando A. Rodriguez-Feo, for defendant. Consistent with discussions during the conference, the discovery schedule is as follows:

1. On or before March 14, 2008, parties shall exchange initial disclosures;

2. On or before September 5, 2008, fact discovery shall close;

3. On or before September 26, 2008, parties shall disclose expert reports;

4. On or before November 14, 2008, parties shall conduct depositions of expert witnesses;

5. On or before November 28, 2008, the parties shall submit a joint status report indicating how this case should proceed with, if appropriate, a proposed schedule for the filing of dispositive motions, or alternatively, for proceeding to trial.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge