**UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| NORTHROP GRUMMAN COMPUTING SYSTEMS, INC., Plaintiff, | ) | |
| v. | ) | CASE NO.07-613C (Judge Allegra) |
| THE UNITED STATES OF AMERICA, Defendant. | ) | |

**MOTION TO EXTEND AUTOMATIC DISCLOSURES DEADLINES**

The plaintiff Northrop Grumman Computing Systems ("Northrop Grumman") hereby moves to extend the time for serving Automatic Disclosures by one week, through March 21, 2008. Northrop Grumman is not aware that the defendant United States of America has any objection to this motion. In support of this motion, Northrop Grumman states as follows:

1. The Court recently issued its Order to govern the pre-trial disclosures and discovery. The Order provides, in part, that Automatic Disclosures shall be exchanged on or before Friday, March 14, 2008. Northrop Grumman is requesting a one week extension to that deadline.

2. Northrop Grumman needs this short additional time to coordinate the information contained in the Automatic Disclosures with others whose input is required. The extension will not change any other deadlines in the Order.

3. Northrop Grumman does not currently expect to request any further extensions with respect to this deadline.

4. Northrop Grumman has invited the Defendant to join this motion. Earlier today, in a telephone conversation between counsel, the United States indicated it would assent to such a motion. However, since counsel for Northrop Grumman forwarded this motion by email to

counsel for the United States earlier today, Northrop Grumman has not heard back from the United States. Given that the extension is needed for tomorrow, Northrop Grumman is filing this motion without the assent of the United States.

Wherefore, Northrop Grumman respectfully requests that this Honorable Court grant the extension of time to serve each party's Automatic Disclosures up through and including Friday, March 21, 2008.

NORTHROP GRUMMAN COMPUTING SYSTEMS, INC.,

By its attorneys,

/s/David C. Aisenberg

Looney, Cohen, Reagan & Aisenberg LLP
David C. Aisenberg
33 Broad Street
Boston, MA 02109
T(617) 371-1050
F(617) 371-1051