**UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| NORTHROP GRUMMAN COMPUTING SYSTEMS, INC., | ) | |
| Plaintiff, | ) | |
| | ) | CASE NO.07-613C |
| v. | ) | (Judge Allegra) |
| THE UNITED STATES OF AMERICA, | ) | |
| Defendant. | ) | |

**CERTIFICATE OF SERVICE**

I, David C. Aisenberg of Looney, Cohen, Reagan & Aisenberg LLP, do hereby certify that on March 13, 2008, I caused a copy of the attached Motion to Extend Automatic Disclosures Deadlines to be served upon each party through the Court's electronic notice filing system.

/s/David C. Aisenberg

Looney, Cohen, Reagan & Aisenberg LLP
David C. Aisenberg
33 Broad Street
Boston, MA 02109
T(617) 371-1050
F(617) 371-1051