# UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| NORTHROP GRUMMAN COMPUTING SYSTEMS, INC., Plaintiff, v. THE UNITED STATES OF AMERICA, Defendant. | CASE NO.07-613C (Judge Allegra) |

## UNOPPOSED MOTION TO EXTEND PRE-TRIAL DEADLINES

The plaintiff Northrop Grumman Computing Systems ("Northrop Grumman") hereby moves to extend the pre-trial deadlines set forth in the Order of the Court filed February 21, 2008. The defendant United States of America does not oppose the filing of this motion. In support of this motion, Northrop Grumman states as follows:

1. On February 21, 2008, the Court issued its Order to govern the pre-trial disclosures and discovery. The Order provides, in part, that fact discovery shall close on September 5, 2008. Other deadlines follow. Northrop Grumman is requesting a four month extension to those deadlines.

2. Northrop Grumman needs this additional time because, while it timely served written discovery requests upon the Government, the Government, after requesting various extensions, only completed its responses with the production of documents on or about August 15, 2008. The parties are now scheduling depositions to obtain testimony with respect to the facts and the documents. The witnesses are located in various parts of the country. While counsel are working together to coordinate those depositions, the parties currently anticipate that four months should provide the necessary time to schedule and complete the fact testimony.

3. Northrop Grumman does not currently expect to request any further extensions with respect to these deadlines.

4. Northrop Grumman has invited the Defendant to join this motion, and the Defendant has stated that it does not oppose the motion.

Wherefore, Northrop Grumman respectfully requests that this Honorable Court grant the extensions of time requested herein as follows:

1. On or before January 9, 2009, fact discovery shall close;
2. On or before January 30, 2009, parties shall disclose expert reports;
3. On or before, March 20, 2009, parties shall conduct depositions of expert witnesses; and
4. On or before April 3, 2009, the parties shall submit a joint status report indicating how this case should proceed with, if appropriate, a proposed schedule for the filing of dispositive motions, or alternatively, for proceeding to trial.

NORTHROP GRUMMAN COMPUTING SYSTEMS, INC.,

By its attorneys,

/s/David C. Aisenberg
Looney, Cohen, Reagan & Aisenberg LLP
David C. Aisenberg
33 Broad Street
Boston, MA 02109
T(617) 371-1050
F(617) 371-1051