# In The United States Court of Federal Claims

No. 07-613C

(Filed: August 29, 2008)

---

NORTHROP GRUMMAN COMPUTING SYSTEMS, INC.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

---

**ORDER**

---

On August 28, 2008, plaintiff filed an unopposed motion to extend discovery. The motion is hereby **GRANTED**. Accordingly:

1. On or before January 9, 2009, fact discovery shall close;

2. On or before January 30, 2009, parties shall disclose expert reports;

3. On or before March 20, 2009, parties shall conduct depositions of expert witnesses; and

4. On or before April 3, 2009, the parties shall file a joint status report indicating how this case should proceed with, if appropriate, a proposed schedule for the filing of dispositive motions, or alternatively, for proceeding to trial.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge