# In The United States Court of Federal Claims

No. 07-613C

(Filed: February 10, 2009)

_____

NORTHROP GRUMMAN COMPUTING
SYSTEMS, INC.,

        Plaintiff,

  v.

THE UNITED STATES,

        Defendant.

_____

**ORDER**

_____

On February 9, 2009, the parties filed a joint motion to amend their discovery schedule. The motion is hereby **GRANTED**. Accordingly:

1. All expert discovery deadlines are hereby terminated, to be reinstated at later date, if necessary; and

2. On or before March 27, 2009, the parties shall file a joint status report proposing a briefing schedule for dispositive motions.

**IT IS SO ORDERED.**

                                        s/ Francis M. Allegra
                                        Francis M. Allegra
                                        Judge