# In The United States Court of Federal Claims

No.  07-613C

(Filed:  May 5, 2009)
_____

NORTHROP GRUMMAN COMPUTING
SYSTEMS, INC.,

       Plaintiff,

  v.

THE UNITED STATES,

       Defendant.

_____

**ORDER**

_____

On May 4, 2009, the parties filed a joint motion to amend the schedule for briefing of dispositive motions.  That motion is hereby **GRANTED.**  Accordingly, the court adopts the following schedule:

1.      On or before May 26, 2009, the parties shall file a joint stipulation of facts;

2.      On or before June 16, 2009, plaintiff shall file its motion for summary judgment;

3.      On or before August 4, 2009, defendant shall file its response to plaintiff's motion and cross-motion for summary judgment;

4.      On or before September 9, 2009, plaintiff shall file its reply to defendant's response and its response to defendant's cross-motion; and

5.      On or before October 6, 2009, defendant shall file its reply to plaintiff's response.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge