# In The United States Court of Federal Claims

No. 07-613C

(Filed: May 26, 2010)
_____

NORTHROP GRUMMAN COMPUTING
SYSTEMS, INC.,

        Plaintiff,

  v.

THE UNITED STATES,

        Defendant.

_____

**ORDER**
_____

On May 24, 2010, the parties filed a joint motion for an extension of time to file their proposed expert discovery schedules. The motion is hereby **GRANTED**. On or before June 28, 2010, the parties shall file their proposed expert discovery schedules. **No further enlargements of this deadline will be granted.**

    **IT IS SO ORDERED.**

                                              s/ Francis M. Allegra
                                              Francis M. Allegra
                                              Judge