# In The United States Court of Federal Claims

No. 07-613C

(Filed: June 21, 2010)

_____

NORTHROP GRUMMAN COMPUTING
SYSTEMS, INC.,

        Plaintiff,

  v.

THE UNITED STATES,

        Defendant.

_____

**ORDER**

_____

      On June 16, 2010, plaintiff filed an unopposed motion to obtain the Oakley software by subpoena to be issued to third party Raytheon Oakley Systems, Inc. The motion is **DENIED** as moot and the court refers plaintiff to RCFC 45 (a)(3), which states that "an attorney authorized to sign filings under RCFC 83.1 also may issue and sign a subpoena as an officer of the court." The court is prepared to enforce the subpoena should it prove necessary.

      **IT IS SO ORDERED.**

                                                                     s/ Francis M. Allegra
                                                                     Francis M. Allegra
                                                                       Judge