# In The United States Court of Federal Claims

No. 07-613C

(Filed: June 28, 2010)

_____

NORTHROP GRUMMAN COMPUTING
SYSTEMS, INC.,

       Plaintiff,

  v.

THE UNITED STATES,

       Defendant.

_____

**ORDER**

_____

On June 24, 2010, the parties filed a joint status report with their joint proposed schedule for expert discovery. The court hereby adopts the parties' proposed schedule which shall be set forth as follows:

1. On or before October 15, 2010, the parties shall exchange expert reports;

2. On or before December 16, 2010, expert discovery shall be completed, and

3. On or before December 23, 2010, the parties shall file a joint status report indicating how this case should proceed. The court will set a date for a post-discovery conference following its review of this status report.

**IT IS SO ORDERED.**

                                                s/ Francis M. Allegra
                                                Francis M. Allegra
                                                Judge