# In The United States Court of Federal Claims

No. 07-613C

(Filed: January 6, 2011)

_____

NORTHROP GRUMMAN COMPUTING
SYSTEMS, INC.,

               Plaintiff,

      v.

THE UNITED STATES,

               Defendant.

_____

**ORDER**

_____

On January 4, 2011, a telephonic status conference was held in this case. Participating in the conference were David C. Aisenberg, for plaintiff, and Armando Rodriguez-Feo, for defendant. Pursuant to discussions held therein, the court adopts the following schedule:

1. On or before February 18, 2011, the parties shall have the Meeting of Counsel and exchange exhibits and information on witnesses, including expert witnesses, to be used at trial. *See* RCFC, Appendix A, ¶ 13(a) and (b);

2. On or before March 7, 2011, plaintiff shall file:

    a. Its Memorandum of Contentions of Fact and Law, containing a summary of plaintiff's basic factual contentions, together with any applicable legal authority. *See* Appendix A, ¶ 14(a);

    b. A separate statement setting forth a list of witnesses to be called at trial, pursuant to Appendix A, ¶ 15(a); and

    c. A separate statement setting forth a list of exhibits to be offered at trial, pursuant to Appendix A, ¶ 16;

3.      On or before April 8, 2011, defendant shall file:

    a.      Its response to plaintiff's Memorandum of Contentions of Fact and Law.  *See* Appendix A, ¶ 14(b);

    b.      A separate statement setting forth a list of witnesses to be called at trial, pursuant to Appendix A, ¶ 15; and

    c.      A separate statement setting forth a list of exhibits to be offered at trial, pursuant to Appendix A, ¶ 16;

4.      A pre-trial conference will be held on May 19, 2011, at 10:00 a.m. (EST) at the United States Court of Federal Claims, National Courts Building, 717 Madison Place, N.W., Washington, D.C. 20005.  The courtroom location will be posted in the lobby on the day of the conference; and

5.      Trial in this case will commence at 10:00 a.m. (EST) on Monday, June 13, 2011, at the United States Court of Federal Claims, National Courts Building, 717 Madison Place, N.W., Washington, D.C. 2005.  The courtroom location will be posted in the lobby on the day of trial.  The subsequent day of trial will begin at 9:00 a.m. (EST), unless otherwise ordered.

**IT IS SO ORDERED.**

                                                  s/ Francis M. Allegra  
                                                  Francis M. Allegra  
                                                  Judge