# In The United States Court of Federal Claims

No. 07-613C

(Filed:  March 29, 2011)
_____

NORTHROP GRUMMAN COMPUTING
SYSTEMS, INC.,

                Plaintiff,

v.

THE UNITED STATES,

                Defendant.

_____

**ORDER**
_____

    On March 28, 2011, defendant filed a consent motion to amend the pre-trial schedule.  Defendant's motion is hereby **GRANTED**.  Accordingly, on or before April 22, 2011, defendant shall file its pre-trial contentions of fact and law, witness list, and exhibit list.  **No further enlargements of this deadline will be granted.**

    **IT IS SO ORDERED.**


                                            <u>s/ Francis M. Allegra</u>
                                            Francis M. Allegra
                                            Judge