# In The United States Court of Federal Claims

No. 07-613C

(Filed: April 13, 2011)

_____

NORTHROP GRUMMAN COMPUTING
SYSTEMS, INC.,

                Plaintiff,

v.

THE UNITED STATES,

                Defendant.

_____

**ORDER**

_____

      The pre-trial conference that was originally scheduled for May 19, 2011, has been rescheduled for May 20, 2011, at 2:00 p.m. (EDT) at the United States Court of Federal Claims, National Courts Building, 717 Madison Place, N.W., Washington, D.C. 20005. The courtroom location will be posted in the lobby on the day of the conference.

      **IT IS SO ORDERED.**

                                              s/ Francis M. Allegra
                                              Francis M. Allegra
                                              Judge