# In The United States Court of Federal Claims

No. 07-613C

(Filed: May 13, 2011)

_____

NORTHROP GRUMMAN COMPUTING
SYSTEMS, INC.,

          Plaintiff,

v.

THE UNITED STATES,

          Defendant.

_____

**ORDER**

_____

      On May 5, 2011, and on May 10, 2011, defendant filed three unopposed motions for authorization of service of a subpoena more than 100 miles from the location of trial. The court finds that defendant has shown good cause and defendant's motions are hereby **GRANTED.** Pursuant to RCFC 45(b)(2), defendant is authorized to issue subpoenas compelling the following proposed trial witnesses to travel more than 100 miles to testify at the trial in this matter, which is scheduled to commence June 13, 2011, in Washington, D.C.:

    1.    Ms. Marybeth Corrente of Citizens Financial Group, Inc.;

    2.    Mr. Taft E. Price, formerly president of Oakley Networks; and

    3.    Mr. John Bryant, formerly an employee of Oakley Networks.

**IT IS SO ORDERED.**

                                              s/ Francis M. Allegra
                                              Francis M. Allegra
                                              Judge