# In The United States Court of Federal Claims

No. 07-613C

(Filed: May 16, 2011)

_____

NORTHROP GRUMMAN COMPUTING
SYSTEMS, INC.,

                Plaintiff,

     v.

THE UNITED STATES,

                Defendant.

_____

**ORDER**

_____

On May 20, 2011, the court will hold a pre-trial conference in this case. Prior to the conference, the parties shall review their time estimates for direct examination of their witnesses, which are currently unreasonable in the court's view. At the conference, the parties should be prepared to provide the court with a revised witness list. The court reserves the right to set time limits if the parties' estimates continue to exceed a reasonable duration.

    **IT IS SO ORDERED.**

                                          s/ Francis M. Allegra
                                          Francis M. Allegra
                                          Judge