# In The United States Court of Federal Claims

No. 07-613C

(Filed: May 17, 2011)

_____

NORTHROP GRUMMAN COMPUTING
SYSTEMS, INC.,

                Plaintiff,

v.

THE UNITED STATES,

                Defendant.

_____

**ORDER**

_____

On May 20, 2011, the court will hold a pre-trial conference in this case. Plaintiff should be prepared to address defendant's motion to dismiss at least orally at the pre-trial conference. However, the court will not rule on the motion to dismiss at the pre-trial conference.

      **IT IS SO ORDERED.**

                                                s/ Francis M. Allegra
                                                Francis M. Allegra
                                                Judge