# In The United States Court of Federal Claims

No. 07-613C

(Filed: May 24, 2011)

_____

NORTHROP GRUMMAN COMPUTING
SYSTEMS, INC.,

        Plaintiff,

v.

THE UNITED STATES,

        Defendant.

_____

**ORDER**

_____

On May 17, 2011, defendant filed a motion to dismiss. On May 20, 2011, the court held a pre-trial conference in this case. Pursuant to discussions during the conference, the court adopts the following schedule:

1. On or before May 27, 2011, plaintiff shall file its response to defendant's motion to dismiss;

2. On or before June 2, 2011, at 5:30 p.m. (EDT), defendant shall file its reply plaintiff's response to its motion to dismiss; and

3. The court will contact the parties to schedule oral argument on the motion, if necessary.

**IT IS SO ORDERED.**

        s/ Francis M. Allegra
        Francis M. Allegra
        Judge