# In The United States Court of Federal Claims

No. 07-613C

(Filed: June 3, 2011)
_____

NORTHROP GRUMMAN COMPUTING
SYSTEMS, INC.,

                Plaintiff,

    v.

THE UNITED STATES,

                Defendant.

_____

**ORDER**
_____

On May 26, 2011, defendant filed a motion *in limine* to exclude from evidence the "essential use statement" that plaintiff seeks to introduce.  On May 31, 2011, plaintiff filed a motion *in limine* to exclude from evidence all of plaintiff's private financing documents that defendant seeks to introduce with certificate of filing.  Briefing on these motions are hereby **STAYED** until further order.

    **IT IS SO ORDERED.**

                                          s/ Francis M. Allegra
                                          Francis M. Allegra
                                          Judge