# In The United States Court of Federal Claims

No. 07-613C

(Filed: June 3, 2011)

_____

NORTHROP GRUMMAN COMPUTING
SYSTEMS, INC.,

                Plaintiff,

      v.

THE UNITED STATES,

                Defendant.

_____

**ORDER**

_____

    Trial was scheduled to begin in this case on Monday, June 13, 2011. That trial is hereby **CANCELLED**.

    **IT IS SO ORDERED.**

                                      s/ Francis M. Allegra
                                      Francis M. Allegra
                                      Judge