# In the United States Court of Federal Claims

No. 07-613C

(Filed: September 3, 2013)

_____

| | |
|---|---|
| NORTHROP GRUMMAN COMPUTING SYSTEMS, INC., | * * * * |
| Plaintiff, | * * |
| v. | * * * |
| THE UNITED STATES, | * * |
| Defendant. | * * |

_____

**ORDER**

_____

On August 30, 2013, the parties filed a joint status report indicating defendant's intention to file a motion for summary judgment and a proposed briefing schedule on previously stayed evidentiary motions. Plaintiff indicated that it opposes the filing of the summary judgment motion. On or before October 1, 2013, defendant shall file its motion for summary judgment. Subsequent briefing shall be in accordance with the deadlines set forth in the RCFC. Briefing on the evidentiary motions noted in the joint status report is stayed until further order.

**IT IS SO ORDERED**.

s/ Francis M. Allegra
Francis M. Allegra
Judge